[Nos. 42227-1-II; 42237-9-II; Division Two. April 23, 2013.] 42247-6-II.

THE STATE OF WASHINGTON, *Respondent*, v. KIMLIS TEK, *Appellant*.

Appeals from a judgment of the Superior Court for Thurston County, No. 10-1-00807-5, Carol Murphy, J., entered June 15, 2011. *Affirmed* by unpublished opinion per Wiggins, J. Pro Tem., concurred in by Johanson, A.C.J., and Bridgewater, J. Pro Tem.

[Nos. 42233-6-II; 42236-1-II. Division Two. April 23, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. JERRY ALLEN ANDERSON, *Appellant*.

Appeals from a judgment of the Superior Court for Cowlitz County, No. 09-1-01258-7, Michael H. Evans, J., entered June 2, 2011. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Worswick, C.J., and Van Deren, J.

[No. 42857-1-II. Division Two. April 23, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSHUA MATTHEW WINGATE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 01-1-03444-0, Bryan E. Chushcoff, J., entered December 1, 2011. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Johanson, A.C.J., and Bjorgen, J.

[No. 42918-7-II. Division Two. April 23, 2013.]

THE CITY OF LAKEWOOD, *Appellant*, v. AARON W. ROBERTS, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 10-1-04403-7, Brian M. Tollefson, J., entered December 16, 2011. *Reversed* and *remanded with instructions* by unpublished opinion per Johanson, A.C.J., concurred in by Quinn-Brintnall and Bjorgen, JJ.